**No. 66495.**—Miya Co., Inc. *v.* United States, protests 61/3124 and 61/3793 (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiff was sustained.

**No. 66496.**—Karl Heitz Import Company *v.* United States, protest 61/5156 (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of plastic slide frames or mounts similar in all material respects to those the subject of Abstract 64154, the claim of the plaintiff was sustained.

**No. 66497.**—Old Importers, Inc. *v.* United States, protests 61/10873 and 61/12691 (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiff was sustained.